UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MICHAEL ASHFORD** | **CIVIL ACTION NO. 2:14-cv-992** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **AEROFRAME SERVICES, LLC, ET AL.** | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion for Sanctions [doc. 159] filed by Aviation Technical Services, Inc. be **DENIED** as to Michael Ashford, Joseph P. Williams, Sr., Richard B. Williams, and Richard T. Haik, Jr., and **GRANTED** as to Somer Brown, Aeroframe Services, LLC, Roger Porter, and Thomas A. Filo.

Shreveport, Louisiana, this 1st day of July, 2020.

*/s/ Donald E. Walter*
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**