# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION
#### Held in Lafayette

| | |
|---|---|
| **MICHAEL ASHFORD** | **CASE NO.  2:14-CV-00992** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **AEROFRAME SERVICES L L C ET AL** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | August 10, 2021 | Presiding: Magistrate Judge Kathleen Kay | |
| Court Opened: | 2:50 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 4:07 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 1:17 | Courtroom: | Courtroom 4 |

### APPEARANCES

| | | |
|---|---|---|
| Brett Spencer Venn<br>R Patrick Vance<br>Samuel Gabb | For | Aviation Technical Services Inc, |
| David R Frohn | For | Somer G Brown, Respondent<br>Thomas A Filo, Respondent |
| Lawrence C Billeaud | For | Aeroframe Services L L C, |
| Terry Thibodeaux | For | Roger A Porter, Respondent |

### PROCEEDINGS

Case called for hearing to determine sanctions regarding [159] Motion for Sanctions filed by Aviation Technical Services, Inc. as to Somer Brown, Aeroframe Services, L L C, Roger Porter and Thomas A Filo.

Oral motion by Mr. Venn on behalf of Aviation Technical Services, Inc. to file, offer and introduce the admissions of fees and costs submitted and filed as stated in the following:

Document [299] numbers 1-11
Document [302]
Document [311] attachments 1, 2, 3
Proposed document [325] attachments 4, 5, 6

Page 2
August 10, 2021

Regarding Mr. Gabb:
Document [299] attachments 12, 13, 14
Document [311] attachments 4, 5, 6
Proposed document [325] attachments 7, 8, 9
Document [317] attachments 1, 2 (transcripts of depositions of Mr. Vance and Mr. Gabb)


Opposing parties had no objections as to the authenticity of the documents.
The Court **GRANTED** the oral motion, the documents are filed.


The Court will allow the sanctioned parties to respond by Monday, August 16, 2021 to record
document [325] Ex Parte Motion for Leave to File Second Supplemental Memorandum
Suggesting Appropriate Sanctions, With Evidence.


After considering argument, evidence presented and applicable law the Court will issue a Report
and Recommendation.